Ralph R. Bradley et al., trading as Goodrich, Vincent & Bradley, appellees, v. W. McMillan and Son, appellant. Gen. No. 27,405.

Action for attorney's fees and for money expended for defendant.

Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in this court at the October term, 1921. Affirmed. Opinion filed October 30, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Cavender & Kaiser, for appellant. Frank L. Wolf, for appellees.
Mr. Justice Matchett delivered the opinion of the court.